UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIDIM INNOVATIONS LLC,

    Plaintiff,

    v.

APPLE, INC.,

    Defendant.

Case No. 15-cv-00280-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

| Event | Deadline |
|---|---|
| Initial disclosures are due | 5/11/15 |
| Infringement Contentions and associated document production | 5/29/15 |
| Invalidity Contentions and associated document production | 7/13/15 |
| Exchange Proposed Terms for Construction (Patent L.R. 4-1) | 7/27/15 |
| Last day to join other parties (by stipulation or motion) | 7/27/15 |
| Last day to amend the pleadings (by stipulation or motion) | 7/27/15 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 8/17/15 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 9/11/15 |
| Close of claim construction discovery | 10/9/15 |
| Opening claim construction brief | 10/26/15 |

| | |
|---|---|
| Responsive claim construction brief | 11/9/15 |
| Reply claim construction brief | 11/16/15 |
| Claim Construction Tutorial | 12/2/15 |
| Claim construction Hearing | 12/9/15 |
| Deadline to disclose any advice of counsel defense and related privilege log | Not later than 50 days after the Court's Claim Construction Order |
| Fact discovery cutoff (including supplementation and correction of all previous disclosure and discovery) | 2/22/16 |
| Initial Expert Disclosures | 5/6/16 |
| Rebuttal Expert Disclosures | 5/27/16 |
| Expert Discovery Cutoff | 6/3/16 |
| Last day to file dispositive motions | 6/8/16 |
| Pretrial Conference | 7/27/16 at 3:00 pm |
| Jury trial | 8/8/16 at 9:00 am |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to obey a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  April 20, 2015

_____
JAMES DONATO
United States District Judge